[No. 31536-6-I.    Division One.    July 18, 1994.]

*In the Matter of the Marriage of* LORETTE SCHNEIDER, *Respondent, and* LEE V. SCHNEIDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-3-04461-7, Warren Chan, J., entered September 9, 1992. *Affirmed in part* and *remanded* by unpublished

opinion per Kennedy, J., concurred in by Pekelis, A.C.J., Scholfield, J., dissenting.